```
                                    THIS ORDER IS
                                    APPROVED.
```

1  **CHARLES L. FIRESTEIN, P.C.**
   Charles L. Firestein, #002986        Dated: October 19, 2010
2  7227 N 16th Street, Ste 124
   Phoenix, Arizona 85020
3  [602] 235-9000
   Fax (602) 235-9040                   _____
4  charles@firesteinpc.com
                                         **JAMES M. MARLAR**
5  Attorney for AMERICAN HONDA FINANCE CORPORATION   **Chief Bankruptcy Judge**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| IN RE: | CHAPTER 13 PROCEEDINGS |
|---|---|
| JEFFREY A MIDDLETON, SR. and ROSEMARY E MIDDLETON, | CASE NO: 2:10-bk-17722-JMM |
| Debtors. | ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CHAPTER 13 PLAN |

JEFFREY A MIDDLETON, SR. and ROSEMARY E MIDDLETON and AMERICAN HONDA FINANCE CORPORATION, having filed a stipulation resolving secured creditor's objection to Chapter 13 Plan, and good cause appearing,

**IT IS HEREBY ORDERED** approving the stipulation. The parties to the stipulation are ordered and authorized to comply with all of the provisions contained therein.

**SIGNED AND DATED ABOVE**.